

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2019

No. 04-18-00129-CV

**STANTON P. BELL**, et al., Appellants/Cross-Appellees,
Appellants

v.

**CHESAPEAKE EXPLORATION, LLC**, Appellee/Cross-Appellant,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI22093
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

The court has considered the appellees' motion for rehearing en banc, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court